UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 13-63-HRW

SHAMAR L. BANKS,                                          PETITIONER,

v.                                      **ORDER**

J.C. HOLLAND, Warden,                             RESPONDENT.

      On March 20, 2013, Petitioner Shamar L. Banks file this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Consistent with local practice, the matter was referred to United States Magistrate Robert E. Weir for initial consideration.

      Magistrate Judge Weir has since issued a Report and Recommendation that this matter be transferred to the United States District Court for Middle District of Pennsylvania [Docket No. 2]. Petitioner filed a "Conditional Agreement with the Magistrate's Recommended Disposition" wherein he does not object to the transfer [Docket No. 4].

      After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**,

(1) that the Magistrate Judge's report and recommendation [Docket No. 2] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion and

(2) that in conformity therewith, this matter be **TRANSFERRED** to the United States District Court for Middle District of Pennsylvania.

This 2nd day of May, 2013.



Henry R. Wilhoit, Jr., Senior Judge